IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.     No. 4:14-CR-078-O

TIFFANY MICHELLE GRANGER (06)

## FACTUAL RESUME

INDICTMENT:    Count One: Conspiracy to Possess a Controlled Substance with intent to Distribute (methamphetamine)
(in violation of 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(B))

PENALTY:    $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years imprisonment nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Indictment are as follows:

First:    That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the indictment;

Second:    That the defendant knew of the unlawful purpose of the agreement;

Third:    That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Factual Resume – Page 1

Fourth:     That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Since approximately 2012, Brittany Ann Barron, Alejandro Reynaga,[1] and Tiffany Granger, often working together, received multi-ounce quantities of methamphetamine from numerous people, such as Juan Barajas,[2] and Christian Sanchez,[3] usually on consignment. In turn, Brittany Ann Barron, Alejandro Reynaga, and Tiffany Granger distributed methamphetamine to various customers in the Tarrant Co., Texas area, returning to others, such as Juan Barajas, and Christian Sanchez, for more methamphetamine. In this manner, Brittany Ann Barron, Alejandro Reynaga, Tiffany Granger, Juan Barajas, and Christian Sanchez conspired with each other and others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 15th day of May, 2014.

_____      _____
TIFFANY MICHELLE GRANGER     DAREN R VAN SLYKE
Defendant     Counsel for Defendant

---

[1] The defendant knew Alejandro Reynaga as "Alex."
[2] The defendant knew Juan Barajas as "Pelon."
[3] The defendant knew Christian Sanchez as "Chris."

**Factual Resume – Page 2**